AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2026

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| ALAN S.,<br>*Plaintiff*<br>v.<br><br>FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br><br>Civil Action No.   1:26-CV-03043-ACE |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑   the plieantiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   The parties' Stipulated Motion for Remand, ECF No. 13, is GRANTED. The mastter is REVERSED and REMANDED to the Commissioner of Social Security for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). Judgment entered in favor of Plaintiff.

This action was *(check one)*:

❑   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❑   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   Alexander C Ekstrom _____

Date:   July 20, 2026 _____

CLERK OF COURT

s/Sean F. McAvoy
_____
*Signature of Clerk*